Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 3

**CLEVELAND-CLIFFS INC.,**
                              **Plaintiff,**
    v.
**UNITED STATES,**
                              **Defendant.**

**S U M M O N S**

Case No. 22-cv-355

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Plaintiff, Cleveland-Cliffs Inc. is a domestic producer of hot-rolled steel flat products and is, therefore, an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(C). Plaintiff was also a participant in the five-year reviews under review and participated in the five-years reviews by filing comments and written arguments, among other things. Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

(Name and standing of plaintiff)

2. Cleveland-Cliffs Inc. contests the negative determination of the U.S. International Trade Commission in the five-year reviews of the countervailing duty and antidumping duty orders on Hot-Rolled Steel Flat Products from Brazil (ITC Case Nos. 701-TA-545 and 731-TA-1292), which led to the revocation of the countervailing duty and antidumping duty orders on Brazil by the U.S. Department of Commerce.  *See Hot-Rolled Steel Flat Products From Australia, Brazil, Japan, Netherlands, Russia, South Korea, Turkey and the United Kingdom*, 87 Fed. Reg. 74167 (U.S. Int'l Trade Comm'n, December 2, 2022); *see also Certain Hot-Rolled Steel Flat Products From Australia, Brazil, Japan, the Republic of Korea, the Netherlands, the Republic of Turkey, and the United Kingdom: Continuation of Antidumping Duty Orders (Australia, Japan, Korea, the Netherlands, Turkey, and the United Kingdom) and Countervailing Duty Order (Korea), and Revocation of Antidumping and Countervailing Duty Orders (Brazil)*, 87 Fed. Reg. 78642 (Dep't of Commerce, December 22, 2022).

(Brief description of contested determination)

**SEE REVERSE SIDE**

3.     November 25, 2022
       (Date of determination)

4.     December 2, 2022 (87 Fed. Reg. 74167)
       (If applicable, date of publication in Federal Register of notice of contested determination)

*/s/ Stephen P. Vaughn*
Signature of Plaintiff's Attorney

December 30, 2022
    Date

Stephen P. Vaughn
1700 Pennsylvania Avenue, NW
Washington, D.C. 20006
202-737-0500
svaughn@kslaw.com

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
26 Federal Plaza
Room 346, Third Floor
New York, NY 10278


Supervising Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044


The Honorable Katherine M. Hiner
Acting Secretary
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20486