## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| **CLEVELAND-CLIFFS INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Court No. 22-00355-GSK** |
| ) | |
| **UNITED STATES,** ) | |
| ) | |
| **Defendant.** ) | |

### STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of

the United States Court of International Trade, having filed this stipulation of dismissal which is

signed by all parties who have appeared in this action, hereby dismisses this action.


Dated: April 19, 2024

*/s/ Stephen P. Vaughn*
Stephen P. Vaughn, Esq.
Neal J. Reynolds, Esq.
**KING & SPALDING LLP**
1700 Pennsylvania Ave., N.W.
Washington, DC 20006
(202) 737-0500
*Counsel for Plaintiff Cleveland-Cliffs Inc.*


*/s/ Christopher B. Weld*
Alan H. Price, Esq.
Christopher B. Weld, Esq.
**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
*Counsel for Plaintiff-Intervenor Nucor Corporation*

*/s/ Jeffrey D. Gerrish*
Roger B. Schagrin, Esq.
Jeffrey D. Gerrish, Esq.
**SCHAGRIN ASSOCIATES**
900 Seventh Street, N.W.
Suite 500
Washington, DC 20001
*Counsel for Plaintiff-Intervenors Steel Dynamics, Inc. and SSAB Enterprises LLC*

*/s/ Thomas M. Beline*
Thomas M. Beline, Esq.
Sarah E. Shulman, Esq.
**CASSIDY LEVY KENT (USA) LLP**
900 19th Street, NW, Suite 400
Washington, DC 20006
*Counsel for Plaintiff-Intervenor United States Steel Corporation*

*/s/ Andrea C. Casson*
Andrea C. Casson, Esq.
Michael K. Haldenstein, Esq.
**U.S. INTERNATIONAL TRADE COMMISSION**
500 E Street, SW
Washington, DC 20436
202-708-5452
andrea.casson@usitc.gov
*Counsel for Defendant U.S. International Trade Commission*

*/s/ Craig A. Lewis*
Craig A. Lewis, Esq.
Jonathan T. Stoel, Esq.
Michael G. Jacobson, Esq.
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-8613
Craig.Lewis@hoganlovells.com
*Counsel for Defendant-Intervenor Companhia Siderurgica Nacional S.A. and Companhia Siderurgica Nacional, LLC*

<u>*/s/ Chunlian Yang*</u>
Chunlian Yang, Esq.
**ALSTON & BIRD LLP**
950 F Street, NW
Washington, DC 20004
202.239.3490
Lian.Yang@alston.com
*Counsel for Defendant-Intervenor Usinas Siderurgicas de Minas Gerais S.A.*

## ORDER OF DISMISSAL

This action, having been voluntarily stipulated for dismissal by all parties who have appeared in this action, is dismissed.

Dated: April 19, 2024                    Clerk, U.S. Court of International Trade

By: /s/ Geoffrey Goell
                                         Deputy Clerk